```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
CHRISTINE DUBOV,                                              :
                       Plaintiff,       :
                                        :
       -against-                                            :
                                        :       20-CV-8302 (VEC)
                                        :
JALEEL HASAN LEWIS, IRETI BOBB-LEWIS,                         :       ORDER
AND FREEMAN YOUNG PERRY,                                      :
                                        :
                     Defendants.      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on October 5, 2020, Plaintiff filed a Complaint against three Defendants, seeking to enforce a Settlement Agreement reached in prior litigation, Dkt. 4;

       WHEREAS pursuant to the Settlement Agreement, Defendants agreed to receive service of process in any enforcement actions by electronic mail, Dkt. 4-2, ¶ 14, ¶ 20;

       WHEREAS Plaintiff filed a Certification of Service of Process stating that Plaintiff's counsel had served the Complaint onto all Defendants in the manner outlined in the Settlement Agreement, Dkt. 9;

       WHEREAS the deadline for all three Defendants to answer or otherwise respond to the Complaint was November 27, 2020, which has since elapsed, Dkt. 9;

       WHEREAS no Defendant has either appeared or answered; and

       WHEREAS an initial pretrial conference is currently scheduled for Friday, December 11, 2020, at 11:30 A.M., Dkt. 5;

       IT IS HEREBY ORDERED that Plaintiff must move for an order to show cause why default judgment should not be entered against all Defendants, in accordance with this Court's Individual Practices, no later than **Wednesday, December 23, 2020**.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for Friday, December 11, 2020, at 11:30 A.M. is CANCELLED.

**SO ORDERED.**

**Date: December 7, 2020**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**